UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>EDWIN CORTORREAL,<br><br>Defendant. | **ORDER**<br><br>S1 17 Cr. 438 (VEC) |

Upon the application of the United States of America by Hagan Scotten, Assistant United States Attorney, it is hereby ORDERED that the Superseding Indictment in this matter, S1 17 Cr. 438 (VEC), be unsealed, and the caption of this matter shall be *United States* v. *Edwin Cortorreal*.

Dated: New York, New York
February 3, 2020

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE