USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

      -against-

EDWIN CORTORREAL,

                         Defendant.
------------------------------------------------------------- X

17-CR-438 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties appeared for an arraignment in this case on February 3, 2020;

WHEREAS on February 3, 2020, Defendant pled not guilty;

IT IS HEREBY ORDERED that:

1. Ms. Emma Greenwood will continue as the discovery coordinator in this case;

2. The parties are directed to appear for a status conference on **June 2, 2020 at 2:30 p.m.** at which time the Court will set a schedule for any pretrial motions and for trial.

3. In light of the complexity of this case and the extensive discovery that will be produced, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between February 3, 2020 and June 2, 2020, is excluded under the Speedy Trial Act. The Court finds that the ends of justice outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

**Dated: February 3, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**