```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :
                                           :
          -against-                        :       17-CR-438 (VEC)
                                           :
                                           :       ORDER
EDWIN CORTORREAL,                          :
                                           :
                   Defendant.              :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this case is scheduled for October 15, 2020 at 2:00 p.m.;

IT IS HEREBY ORDERED that: The status conference is adjourned to **October 16, 2020 at 9:00 a.m.** Counsel are directed to appear for the conference by calling (888) 363-4749, using the access code 3121171 and the security code 0438.

**SO ORDERED.**

**Dated: October 5, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**