```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA,                                  :
                                                             :
                                                             :
            -against-                                        :    17-CR-438 (VEC)
                                                             :
                                                             :    ORDER
  EDWIN CORTORREAL,                                          :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021
</pre>

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this case is scheduled for April 2, 2021;

IT IS HEREBY ORDERED that: Due to a scheduling conflict, the conference is adjourned to **April 7, 2021 at 10:30 a.m.** The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 0438. Any recording or retransmission of the hearing is prohibited.

**SO ORDERED.**

**Dated: March 26, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**