```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,                :
                                           :
                                           :
         -against-                         :          17-CR-438 (VEC)
                                           :
                                           :                ORDER
  EDWIN CORTORREAL,                        :
                                           :
                         Defendant.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this case is scheduled for April 7, 2021;

IT IS HEREBY ORDERED that: Due to a scheduling conflict, the conference is adjourned to **April 7, 2021 at 12:00 p.m.** The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 0438. Any recording or retransmission of the hearing is prohibited.

**SO ORDERED.**

**Dated: March 29, 2021**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**