USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

       -against-                       17-CR-438 (VEC)

                                                       ORDER

EDWIN CORTORREAL,

                  Defendant.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this case was held on April 7, 2021;

IT IS HEREBY ORDERED that:

1. The parties should be prepared to begin trial in this case on **August 9, 2021 at 10:00 a.m.** The Court will inform the parties as soon as a firm trial date is confirmed.

2. Defendant's pretrial motions are due by **May 28, 2021**. The Government's opposition will be due **June 11, 2021**. Defendant's reply is due **June 18, 2021**.

3. Motions *in limine* are due **June 25, 2021**. Oppositions are due **July 9, 2021**.

4. Requests to charge and proposed *voir dire* questions are due **July 12, 2021**.

**SO ORDERED.**

**Dated: April 7, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**