```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
------------------------------------------------------------ X  ELECTRONICALLY FILED
  UNITED STATES OF AMERICA,                      :             DOC #:
                                                 :             DATE FILED: 6/1/2021
            -against-                            :
                                                 :             17-CR-438 (VEC)
  EDWIN CORTORREAL,                              :
                                                 :             ORDER
                              Defendant.         :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

On April 7, 2021, the Court informed the parties that it would hold an in-person trial starting on August 9, 2021, subject to availability and the status of the COVID-19 pandemic. *See* Dkt. 607. The Court accordingly requested a jury trial for that date. The Clerk's Office has now notified the Court that this case has been placed on the jury trial calendar for **August 9, 2021**. The case is <u>first</u> on the list for jury trials for that day. Accordingly, this case will commence jury selection and trial on **August 9, 2021**.

A final pretrial conference will be held on **July 29, 2021 at 2:30 p.m.** The conference will be held **in-person** in Courtroom 443.

**SO ORDERED.**

**Dated: June 1, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**