```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,              :
                                                     :
           -against-                            :
                                                     :      17-CR-438 (VEC)
  EDWIN CORTORREAL,                     :
                                                     :      ORDER
                               Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS trial in this case is scheduled to begin on August 9, 2021;

    IT IS HEREBY ORDERED THAT

1. Trial is adjourned *sine die*. The Court will request a trial date in the fourth quarter of 2021. The Court will inform the parties as soon as it receives a firm trial date. The parties should immediately inform the Court of any conflicting trials in the fourth quarter.

2. Defendant's *Daubert* motion is due **July 30, 2021**. The Government's opposition is due **August 27, 2021**. Defendant's reply is due **September 17, 2021**.

3. Motions *in limine* are due **September 3, 2021**. Oppositions are due **September 24, 2021**.

4. Requests to charge and proposed *voir dire* questions are due **September 30, 2021.**

**SO ORDERED.**

**Dated: June 16, 2021**
       **New York, NY**

                                                                    _____
                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**