LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

**MEMO ENDORSED**

July 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10004

Re:   *U.S. v. Edwin Cortorreal*, 17 Cr. 438 (VEC)

Your Honor:

    We write with the government's consent respectfully to request that the deadline for the defense's *Daubert* motion, presently due on July 30, be extended to August 6. We do not request any other changes to the schedule, so if this request is granted, the motion will remain fully briefed by September 17. The reason for the request is to allow defense counsel and experts time to review all of the government's supplemental DNA discovery, the last batch of which we expect to receive this Friday. We have already received several supplemental DNA discovery productions and we understand that the government is working diligently with OCME to produce the remainder as expeditiously as possible.

    For the foregoing reasons, and with the government's consent, we respectfully request that the Court endorse this letter to permit the defendant's *Daubert* motion to be submitted on August 6, 2021.

    Thank you for your consideration.

Respectfully submitted,

/s Benjamin Silverman
Jean Barrett
Benjamin Silverman

Application GRANTED,

SO ORDERED.

*[signature]*
7/21/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Counsel of record (by ECF)