```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :
            -against-                       :
                                            :         17-CR-438 (VEC)
EDWIN CORTORREAL,                           :
                                            :         ORDER
                        Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is tentatively scheduled to begin in the fourth quarter of 2021;

WHEREAS on August 6, 2021, Defendant filed a *Daubert* motion;

WHEREAS motions *in limine* are due September 3, 2021;

WHEREAS requests to charge and proposed *voir dire* questions are due September 30, 2021;

IT IS HEREBY ORDERED THAT

1. In light of the *Daubert* motion, trial is adjourned to a date not earlier than the first quarter of 2022. The parties should keep the Court apprised of any scheduling conflicts in the first quarter of 2022.

2. Motions *in limine* are due **October 29, 2021**. Oppositions are due **November 19, 2021**.

3. Requests to charge and proposed *voir dire* questions are due **December 3, 2021.**

**SO ORDERED.**

**Dated: August 9, 2021**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**