USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-against-

EDWIN CORTORREAL,

                                Defendant.

------------------------------------------------------------ X

17-CR-438 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 6, 2021, the Defendant filed a *Daubert* motion to preclude the introduction at trial of certain DNA evidence, *see* Dkt. 636;

WHEREAS on September 7, 2021, the Government opposed Defendant's motion, *see* Dkt. 644;

IT IS HEREBY ORDERED that the Court will hold a hearing on Defendant's *Daubert* motion.

IT IS FURTHER ORDERED that the parties must meet and confer and, no later than **January 5, 2022**, notify the Court: (1) how long they anticipate the hearing will need to be; and (2) three mutually convenient dates after January 14 and before February 18, 2022, on which to begin the hearing.

**SO ORDERED.**

Date: December 16, 2021
New York, New York

                                                               **VALERIE CAPRONI**
                                                          **United States District Judge**