```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/2022

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,                :
                                           :
             -against-                      :
                                           :       17-CR-438 (VEC)
   EDWIN CORTORREAL,                    :
                                           :       <u>ORDER</u>
                         Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a hearing on Defendant's *Daubert* motion is scheduled to begin on July 25, 2022;

      IT IS HEREBY ORDERED that the parties shall deliver opening statements not to exceed 15 minutes each.

**SO ORDERED.**

**Date:  July 18, 2022**
       **New York, New York**

                                                      **VALERIE CAPRONI**
                                                **United States District Judge**