USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,             :
                                            :
      -against-                       :
                                            :      17-CR-438 (VEC)
  EDWIN CORTORREAL,              :
                                            :      ORDER
                    Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a hearing on Defendant's *Daubert* motion was held on July 25, 2022 through July 28, 2022;

      IT IS HEREBY ORDERED that Defendant's deadline to file post-hearing briefing is **August 26, 2022**; the Government's opposition brief is due **September 23, 2022**; Defendant's reply brief is due **October 14, 2022**.

**SO ORDERED.**

                                         _____

**Date: July 28, 2022**                         **VALERIE CAPRONI**
     **New York, New York**              **United States District Judge**