

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

**MEMO ENDORSED**

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Edwin Cortorreal*, 17 Cr. 438 (VEC)

Dear Judge Caproni:

The parties respectfully submit this letter to jointly propose the following pre-trial scheduling in this matter:

- November 4, 2022: Motions *in limine* due
- November 11, 2022: Oppositions to Motions *in limine* due
- November 21, 2022: Proposed Voir Dire Questions and Requests to Charge due
- Week of November 28, 2022: Final Pretrial Conference

Application GRANTED. The Final Pretrial Conference will be held **Thursday, December 1, 2022 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.   Date: 10/19/2022

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Mathew Andrews
Emily A. Johnson
Ni Qian
Assistant United States Attorneys
(212) 637-6526/-2409/-2364

cc:   Jean Barrett, Esq.
Benjamin Silverman, Esq.