USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,             :

        -against-                                   :      17-CR-438 (VEC)

  EDWIN CORTORREAL,                   :      <u>ORDER</u>

                    Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on Defendant's *Daubert* motion took place on July 25, 2022; and

WHEREAS the parties submitted supplemental briefing on the issues raised at the hearing.

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Monday, November 7, 2022 at 10:30 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties should be prepared to discuss solely whether the hearing should be re-opened for further evidence regarding the method by which the OCME determines the number of contributors in a non-deconvoluted DNA profile and, if so, mutually convenient dates for such a hearing.

**SO ORDERED.**

Date:  November 1, 2022                             _____
        New York, New York                           **VALERIE CAPRONI**
                                                                  **United States District Judge**