USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/9/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,        :
                                        :
        -against-               :
                                        :      17-CR-438 (VEC)
  EDWIN CORTORREAL,            :
                                        :      <u>ORDER</u>
                     Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a jury trial was scheduled to commence on December 5, 2022; and

      WHEREAS a status conference was held on November 7, 2022, during which the parties

discussed whether to re-open the *Daubert* hearing.

      IT IS HEREBY ORDERED that for the reasons discussed at the hearing, jury selection,

trial, and all pre-trial deadlines, are ADJOURNED *sine die*.

      IT IS FURTHER ORDERED that by no later than **Monday, November 14, 2022**, the

parties must meet and confer and jointly propose a date to re-open the *Daubert* hearing on the issue

of the number of contributors of DNA collected from the duct tape evidence.


**SO ORDERED.**


Date:  **November 9, 2022**                            _____
       **New York, New York**                     **VALERIE CAPRONI**
                                            **United States District Judge**