USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,              :
                                                                :
          -against-                        :
                                                                :          17-CR-438 (VEC)
  EDWIN CORTORREAL,                     :
                                               :          ORDER
                               Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a continued hearing on Defendant's *Daubert* motion was scheduled to take place on December 12, 2022; and

       WHEREAS the parties notified the Undersigned that, due to the unavailability of the Government's expert witness, the hearing would need to be rescheduled.

       IT IS HEREBY ORDERED that the *Daubert* hearing is ADJOURNED *sine die*.

       IT IS FURTHER ORDERED that the parties must appear for a status conference on **Monday, December 12, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties should be prepared to discuss their witnesses' availability for a rescheduled *Daubert* hearing.

**SO ORDERED.**

Date:  **December 12, 2022**
       **New York, New York**                                 **VALERIE CAPRONI**
                                                                      **United States District Judge**