USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                                    :
                                                             :
              -against-                                      :
                                                             :        17-CR-438 (VEC)
EDWIN CORTORREAL,                                            :
                                                             :        ORDER
                                        Defendant.           :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 12, 2022, the parties appeared for a status conference.

IT IS HEREBY ORDERED that the continuation of the *Daubert* hearing will commence on **Monday, January 9, 2023, at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The Defendant's experts may access the audio of the hearing by dialing 1-888-363-4749, using the access code 3121171, and the security code 0438.  All attendees are advised to mute their phones.  Recording or rebroadcasting of the audio is strictly prohibited by law.

IT IS FURTHER ORDERED that jury selection and trial will begin on **April 11, 2023, at 10:00 a.m.**  A Final Pretrial Conference ("FPTC") will be held on **Tuesday, April 4, 2023, at 2:30 p.m.**  Requests to charge and proposed *voir dire* questions (focusing only on the facts of this case) must be submitted by **February 17, 2023**.  Both the FPTC and trial will take place in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  December 12, 2022
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**