USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
:
    -against-  :
:   17-CR-438 (VEC)
EDWIN CORTORREAL,  :
:   <u>ORDER</u>
                  Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 9, 2023, and January 19, 2023, the Court held a continuation of the *Daubert* hearing.

IT IS HEREBY ORDERED that the Government's post-hearing brief is due by no later than **February 10, 2023**; Defendant's opposition is due by no later than **March 3, 2023**; the Government's reply is due by no later than **March 10, 2023**. Submissions must be no more than 15 pages.

IT IS FURTHER ORDERED that all pre-trial deadlines, including requests to charge and proposed voir dire, are STAYED.

**SO ORDERED.**

**Date: January 19, 2023**
      **New York, New York**

                                          **VALERIE CAPRONI**
                                        **United States District Judge**