USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

EDWIN CORTORREAL,

                 Defendant.

------------------------------------------------------------ X

17-CR-438 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 28, 2023, the parties appeared for a status conference.

    IT IS HEREBY ORDERED that motions *in limine* are due by no later than **March 10, 2023**; responses shall be due by no later than **March 17, 2023**. Requests to charge and proposed voir dire questions are due no later than **March 24, 2023**. The Court reminds the parties that the Final Pretrial Conference will take place on **April 4, 2023 at 2:30 p.m.**; jury selection and trial will begin on **April 11, 2023 at 10:00 a.m.**

**SO ORDERED.**

Date:  February 28, 2023
       New York, New York

                                               **VALERIE CAPRONI**
                                              **United States District Judge**