

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/3/2023
```

**BY ECF AND EMAIL**

Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, New York 10007

    Re: *United States v. Edwin Cortorreal*, 17 Cr. 438 (VEC)

Dear Judge Caproni:

  The Government respectfully submits this letter to move, with the defendant's consent, for an exclusion of time under the Speedy Trial Act until April 11, 2023, when the trial in this matter is scheduled to start. The exclusion of time is in the interest of justice so that the parties can prepare for trial.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

       by: ___/s/_____
         Mathew Andrews
         Courtney Heavey
         Ni Qian
         Assistant United States Attorneys
         (212) 637-2364

---

Application DENIED. By the Court's estimation, less than a week has been counted toward the Speedy Trial Act deadline, and excluding additional time is unnecessary with an April 11, 2023 trial date.

SO ORDERED.

*[signature: Valerie Caproni]*      Date: 3/3/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE