```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :

    -against-                                             :          17 Cr. 438 (VEC)

EDWIN CORTORREAL,                              :          [~~PROPOSED~~] ORDER

                 Defendant.          :
------------------------------------------------------------x

TO:    Warden, Metropolitan Detention Center, MDC Brooklyn

RE:    Edwin Cortorreal, Reg. No. 76405-054

Upon the application of Benjamin Silverman, an attorney for the above-referenced defendant/inmate, the MDC is hereby ORDERED to accept the following clothing and to permit Mr. Cortorreal to wear this clothing during his trial, **which will begin on April 17, 2023, at the Thurgood Marshall United States Courthouse, 40 Foley Sq., New York, NY 10004:**

        1 sports Jacket
        1 pair dress pants
        1 tie
        2 dress shirts
        1 pair dress shoes
        4 pair dress socks

Dated:  New York, New York
          April _4_, 2023

                              SO ORDERED: _Valerie Caproni_ (signature)
                                          HON. VALERIE E. CAPRONI
                                          UNITED STATES DISTRICT JUDGE