AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Edwin Cortorreal ) | Case No.  17 Cr. 438 (VEC) |
| ) | |
| *Defendant* ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Kyra McKay, Assistant Director, Department of Forensic Biology at City of New York.
       Care Of: Legal Department, Office of the Chief Medical Examiner, 421 East 26th St., New York, NY 10016

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse, 40 Foley Sq., NY NY 10007 | Courtroom No.: | 443 |
|---|---|---|---|
| | | Date and Time: | 04/24/2023 12:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All correspondence, documents, notes, and records concerning swab 2B from cellphone battery (including, without limitation, testing conducted on that sample); and concerning case files with the numbers FSB06-1922 and FSB20-00663

SO ORDERED.

*(signature)* Valerie Caproni

Date: 4/4/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

*(SEAL)*

Date:  04/03/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

Case No. 17 Cr. 438 (VEC)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: