USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

UNITED STATES OF AMERICA,

   -against-

EDWIN CORTORREAL,

                                   Defendant.

------------------------------------------------------- X

17-CR-438 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 26, 2023, Defendant was found guilty on all counts in the Indictment.

IT IS HEREBY ORDERED that sentencing shall take place on **September 20, 2023, at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions shall be due no later than **September 6, 2023**.

IT IS FURTHER ORDERED that post-trial motions are due no later than **May 24, 2023**; the Government's response is due **June 21, 2023**; the Defendant's reply is due **July 7, 2023**.

**SO ORDERED.**

Date: April 26, 2023
New York, New York

*[signature: Valerie Caproni]*

**VALERIE CAPRONI**
**United States District Judge**