**MEMO ENDORSED**

LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023

September 6, 2023

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10004

Re:   *United States v. Edwin Cortorreal*, 17 Cr. 438 (VEC)

Your Honor:

Edwin Cortorreal is scheduled to be sentenced in two weeks on September 20, 2023. He faces mandatory life in prison for his conviction of murder in aid of racketeering. We write with the government's consent respectfully to request a one-week extension in time – until September 13 – to submit a defense sentencing letter. We do not request that the sentencing date be adjourned. This is the first request for an extension. We conferred with AUSA Ni Qian and the government consents to this request. Thank you for your consideration.

Respectfully submitted,

/s/
Jean Barrett
Benjamin Silverman

cc: Counsel of record (by ECF)

---

Application GRANTED.

SO ORDERED.

*[signature]*   Date: 9/6/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE